

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00152-CV

Lakshmana **VISWANATH**,
Appellant

v.

**THE CITY OF LAREDO**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2019CVK001492D1
Honorable Jose A. Lopez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date: appellee the City of Laredo's motion to dismiss is DENIED; the portion of trial court's order granting the City of Laredo's motion for summary judgment with regard to the City of Laredo Ethics Commission's finding that appellant Lakshmana Viswanath's complaint was frivolous is AFFIRMED; and the portion of the trial court's order requiring appellant Lakshmana Viswanath to pay $7,900.68 in attorney's fees as sanctions is REVERSED and REMANDED to the trial court for further proceedings to determine whether substantial evidence was presented to the Commission to support its award of $7,900.68 in attorney's fees.

We order that each party bear its own costs.

SIGNED April 14, 2021.

_____
Beth Watkins, Justice